大成 DENTONS

**Karla Del Pozo Garcia**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

December 14, 2021

<u>VIA ECF</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Roman v. Anna Sheffield Jewelry Inc.*: Case 1:21-cv-05373-JPC

Dear Judge Cronan:

We represent defendant Anna Sheffield Jewelry Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from December 14, 2021 to January 28, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:     All counsel of record (by ECF)

The Court grants the parties' request to stay all case deadlines until January 28, 2022.  The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 18.

SO ORDERED.

Date: December 15, 2021
New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge